2010-12569
FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002481113

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
DOUGHERTY, Paul Joseph )
)
) Case No.
)
)
_____Debtor(s)._____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ] typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ✗ ] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _121_ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 03/08/2010

_____          _____
Debtor's Signature                                      Joint Debtor's (if any) Signature

EDC 2-100  (Rev. 9/2004)

Access Capital Services
PO Box 1511
Visalia, CA 93291

Access Capital Services Inc.
200 East Center Ave
Visalia, CA  93291

Access Capital Services Inc.
P.O. Box 1511
Visalia, CA  93279

Access Capital Services Inc.
P.O. Box 1511
Visalia, CA  93279

Access Capital Services Inc.
PO Box 1511
Visalia, CA  93279

AES/NCT
1200 North 7th Street
Harrisburg, PA 19101

Alan M. Laskin, Attorney
9381 E. Stockton Blvd. Suite 116
Elk Grove, CA 95264

Applied Card Bank
Bankcard center
PO Box 11170
Wilmington, DE 19850-1170

Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031

Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL   60714


Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60678-1031


Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60678-1031


Aspire Bank
Payment Processing
PO Box 23007
Columbus, GA 319025-3007


Aspire Bank
PO Box 105341
Atlanta, GA 30348-5341


Asset Acceptance LLC
P.O. Box 2039
Warren, MI   48090-2039


Asset Acceptance LLC.
PO Box 2036
Warren, MI 48090-2036


Bank of America
P.O. Box 26012
Greensboro, NC 27420


CAL ER Physicians Med. Group
410 West Mineral King
Visalia, CA 93277


Capital Management Services
726 Exchange St.
Suite 700
Buffalo, NY 14210

Care Medical
A California Corporation
9644 W. Nicholas
Visalia, CA 93291


Care Medical
PO Box 19785
Irvine, CA 92623-9785


CARE Medical Corp.
PO Box 3223
Visalia, CA 93278


CareMedical, A California Corp.
1840 S. Central St.
Visalia, CA 93277-4418


Cash LLC
370 17th Street, Suite 5000
Denver, CO 80237


Charles Boniske, M.D.
5319 W. Hillsdale
Visalia, CA 93291


Chase
Bank One Card Service
Westerville, OH 43081


Chase Bank
PO Box 15548
Wilmington, DE 19886-5548


CitiMortgage, Inc.
P.O. Box 6006
The Lakes, NV 88901-6006


Columbus Bank and Trust
c/o Midland Credit Management
P.O. Box 60578
Los Angeles, CA 90060-0578

Credit Collection Services (C.C.S.)
PO Box 55126
Boston, MA 02205-5126

Credit Collection Services (C.C.S.)
Two Wells Avenue, Dept 9134
Newton, MA 02459

Curtis O. Barnes, PC Attorney
PO Box 1390
Anaheim, CA 92815-1390

Direct Merchant Bank/HSBC
PO Box 60136
City of Industry, CA 91716

Direct Merchant Bank/HSBC
Po Box 60136
City of Industry, CA 91716

Direct Merchants Bank
PO Box 17151
Baltimore, MD 21297-1151

Emergency Medical Services
410 West Mineral King
Visalia, CA 93291-6237

Financial Credit Network, Inc.
1300 W. Main St.
Visalia, CA 93291

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA 93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA 93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93278


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93279


Financial Credit Network, Inc.
PO Box 3084
Visalia, CA   93291

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA 93277

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

First National Collection Bureau, Inc.
Dept# 21377
PO Box 1259
Oaks, PA 19456

Frances Dougherty
1924 South Royal Oaks Dr.
Visalia, CA 93277

HFC/HSBC
PO Box 60101
City of Industry, CA 91716-0101

HFC/HSBC
PO Box 9618
Virginia Beach, VA 23450

Hollander Law Offices LLC
PO Box 105130
Atlanta, GA 30348-5130

Household bank
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

Household Bank Mastercard
HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

Hunt and Henriques
Attorney at Law
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
Fresno Service Center
Fresno, CA 93888-0025

JP Morgan Chase Bank
1 East Ohio Street
IN1-0102
Indianapolis, IN 46277

Juniper Bank Mastercard
PO Box 8833
Wilmington, DE 19899

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Kaweah Delta Health Care
201 South Locust
Visalia, CA 93291


Kaweah Delta Health Care
201 South Locust St
Visalia, CA 93291


Kaweah Delta Health Care
201 South Locust St.
Visalia, CA 93291


Kaweah Delta Health Care
201 South Locust St.
Visalia, CA 93291


Kaweah Delta Health Care
400 W. Mineral King
Visalia, CA 93291


Kaweah Delta Health Care
400 W. Mineral King
Visalia, CA 93291


Kaweah Delta Health Care
400 West Mineral King
Visalia, CA 93291


Kaweah Delta Health Care District
201 S. Locust St.
Visalia, CA 93291-6250


Kaweah Delta Health Care District
201 S. Locust St.
Visalia, CA 93291-6250


Kaweah Delta Health Care District
201 South Locust St.
Visalia, CA 93291

Kaweah Delta Health Care District
PO Box 2614
Visalia, CA 93279


Law Offices of Siegel & Siegel
Attorney at Law
6355 Topanga Canyon Blvd., #255
Woodland Hills, CA 91367


LHR, Inc.
56 Main Street
Hamburg, NY 14075-4905


LVNV Funding LLC
BK Dept.
PO Box 10587
Greensville, SC 29603


Megan Ide DDS
1045 N. Demaree
Visalia, CA 93291


Michael S. Hunt, Attorney
151 Bernal Road, Suite 8
San Jose, CA 95119-1306


Midland Credit Management
Dept 12421
PO Box 603
Oaks, PA 19456


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578


Mineral King Radiological
1700 South Court St. Suite F
Visalia, CA 93277


National Action Financial Service
PO Box 9027
Williamsville, NY 14231-9027

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc.
1804 Washington Blvd.
MailStop 450
Baltimore, MD 21230


NCO Financial Systems Inc.
P.O. Box 15630
Dept. 03
Wilmington, DE 19850


Northland Group, Inc.
P.O. Box 390846
Edina, MN  55439


Orchard Bank
HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102


Orchard Bank
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


Orthopedic  Associates Medical Clinic
325 South Willis
Visalia, CA 93291


Orthopedic Association Medical
Clinic, Inc.
PO Box 2632
Visalia, CA 93279


P Scott Lowery PC, Attorney
4500 Cherry Creek Dr. South
Suite #700
Denver, CO 80246

Portfolio Recovery Association
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Association
PO Box 12914
Norfolk, VA 23541

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Rosen & Loeb, Attorney's
16000 Ventura Blvd.
Suite 1150
Encino, CA 91436

The Lifestyle Center
5105 W. Cypress
Visalia, CA 93277

Thomas M. Ray, Esq.
Peck & Ray
1841 Market Street
San Francisco, CA 94103

Travelers Insurance Co.
c/o Credit Collection Services
Two Wells Avenue, Dept. 9134
Newton, MA 02459

Victor Perez
Attorney at Law
1304 W. Center Ave.
Visalia, CA 93291

Visalia Eye Center
112 N. Akers Street
Suite A
Visalia, CA 93291

Visalia Pathology Medical
316 Dunworth
Visalia, CA  93292

Wells Fargo Financial
PO Box 98798
Las vegas, NV 89193-8798

Worldwide Asset Purchasing
PO Box 50401
Henderson, NV 89016

```
Access Capital Services
PO Box 1511
Visalia, CA 93291

Access Capital Services Inc.
200 East Center Ave
Visalia, CA  93291

Access Capital Services Inc.
P.O. Box 1511
Visalia, CA  93279

Access Capital Services Inc.
P.O. Box 1511
Visalia, CA  93279

Access Capital Services Inc.
PO Box 1511
Visalia, CA  93279

AES/NCT
1200 North 7th Street
Harrisburg, PA 19101

Alan M. Laskin, Attorney
9381 E. Stockton Blvd. Suite 116
Elk Grove, CA 95264

Applied Card Bank
Bankcard center
PO Box 11170
Wilmington, DE 19850-1170

Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031

Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL  60714

Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60678-1031

Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60678-1031
```

Aspire Bank
Payment Processing
PO Box 23007
Columbus, GA 319025-3007

Aspire Bank
PO Box 105341
Atlanta, GA 30348-5341

Asset Acceptance LLC
P.O. Box 2039
Warren, MI  48090-2039

Asset Acceptance LLC.
PO Box 2036
Warren, MI 48090-2036

Bank of America
P.O. Box 26012
Greensboro, NC 27420

CAL ER Physicians Med. Group
410 West Mineral King
Visalia, CA 93277

Capital Management Services
726 Exchange St.
Suite 700
Buffalo, NY 14210

Care Medical
A California Corporation
9644 W. Nicholas
Visalia, CA 93291

Care Medical
PO Box 19785
Irvine, CA 92623-9785

CARE Medical Corp.
PO Box 3223
Visalia, CA 93278

CareMedical, A California Corp.
1840 S. Central St.
Visalia, CA 93277-4418

Cash LLC
370 17th Street, Suite 5000
Denver, CO 80237

Charles Boniske, M.D.
5319 W. Hillsdale
Visalia, CA 93291

Chase
Bank One Card Service
Westerville, OH 43081

Chase Bank
PO Box 15548
Wilmington, DE 19886-5548

CitiMortgage, Inc.
P.O. Box 6006
The Lakes, NV 88901-6006

Columbus Bank and Trust
c/o Midland Credit Management
P.O. Box 60578
Los Angeles, CA 90060-0578

Credit Collection Services (C.C.S.)
PO Box 55126
Boston, MA 02205-5126

Credit Collection Services (C.C.S.)
Two Wells Avenue, Dept 9134
Newton, MA  02459

Curtis O. Barnes, PC Attorney
PO Box 1390
Anaheim, CA 92815-1390

Direct Merchant Bank/HSBC
PO Box 60136
City of Industry, CA 91716

Direct Merchant Bank/HSBC
Po Box 60136
City of Industry, CA 91716

Direct Merchants Bank
PO Box 17151
Baltimore, MD 21297-1151

Emergency Medical Services
410 West Mineral King
Visalia, CA 93291-6237

Financial Credit Network, Inc.
1300 W. Main St.
Visalia, CA  93291

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93278

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93279

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA  93291

Financial Credit Network, Inc.
PO Box 3084
Visalia, CA 93277

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

First National Collection Bureau, Inc.
Dept# 21377
PO Box 1259
Oaks, PA 19456

Frances Dougherty
1924 South Royal Oaks Dr.
Visalia, CA 93277

```
HFC/HSBC
PO Box 60101
City of Industry, CA 91716-0101

HFC/HSBC
PO Box 9618
Virginia Beach, VA 23450

Hollander Law Offices LLC
PO Box 105130
Atlanta, GA 30348-5130

Household bank
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

Household Bank Mastercard
HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

Hunt and Henriques
Attorney at Law
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
Fresno Service Center
Fresno, CA 93888-0025

JP Morgan Chase Bank
1 East Ohio Street
IN1-0102
Indianapolis, IN 46277

Juniper Bank Mastercard
PO Box 8833
Wilmington, DE 19899

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277
```

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Karen Cheri Dougherty
4712 W. Cherry Ct.
Visalia, CA 93277

Kaweah Delta Health Care
201 South Locust
Visalia, CA 93291

```
Kaweah Delta Health Care
201 South Locust St
Visalia, CA 93291

Kaweah Delta Health Care
201 South Locust St.
Visalia, CA 93291

Kaweah Delta Health Care
201 South Locust St.
Visalia, CA 93291

Kaweah Delta Health Care
400 W. Mineral King
Visalia, CA 93291

Kaweah Delta Health Care
400 W. Mineral King
Visalia, CA 93291

Kaweah Delta Health Care
400 West Mineral King
Visalia, CA 93291

Kaweah Delta Health Care District
201 S. Locust St.
Visalia, CA 93291-6250

Kaweah Delta Health Care District
201 S. Locust St.
Visalia, CA 93291-6250

Kaweah Delta Health Care District
201 South Locust St.
Visalia, CA 93291

Kaweah Delta Health Care District
PO Box 2614
Visalia, CA 93279

Law Offices of Siegel & Siegel
Attorney at Law
6355 Topanga Canyon Blvd., #255
Woodland Hills, CA 91367

LHR, Inc.
56 Main Street
Hamburg, NY 14075-4905

LVNV Funding LLC
BK Dept.
PO Box 10587
Greensville, SC 29603
```

Megan Ide DDS
1045 N. Demaree
Visalia, CA 93291

Michael S. Hunt, Attorney
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Midland Credit Management
Dept 12421
PO Box 603
Oaks, PA 19456

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578

Mineral King Radiological
1700 South Court St. Suite F
Visalia, CA 93277

National Action Financial Service
PO Box 9027
Williamsville, NY 14231-9027

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems Inc.
1804 Washington Blvd.
MailStop 450
Baltimore, MD 21230

NCO Financial Systems Inc.
P.O. Box 15630
Dept. 03
Wilmington, DE 19850

Northland Group, Inc.
P.O. Box 390846
Edina, MN  55439

Orchard Bank
HSBC Card Services
PO Box 60102
City of Industry, CA 91716-0102

Orchard Bank
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084

Orthopedic  Associates Medical Clinic
325 South Willis
Visalia, CA 93291

```
Orthopedic Association Medical
Clinic, Inc.
PO Box 2632
Visalia, CA 93279

P Scott Lowery PC, Attorney
4500 Cherry Creek Dr. South
Suite #700
Denver, CO 80246

Portfolio Recovery Association
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Association
PO Box 12914
Norfolk, VA 23541

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Rosen & Loeb, Attorney's
16000 Ventura Blvd.
Suite 1150
Encino, CA 91436

The Lifestyle Center
5105 W. Cypress
Visalia, CA 93277

Thomas M. Ray, Esq.
Peck & Ray
1841 Market Street
San Francisco, CA 94103

Travelers Insurance Co.
c/o Credit Collection Services
Two Wells Avenue, Dept. 9134
Newton, MA 02459

Victor Perez
Attorney at Law
1304 W. Center Ave.
Visalia, CA 93291

Visalia Eye Center
112 N. Akers Street
Suite A
Visalia, CA 93291

Visalia Pathology Medical
316 Dunworth
Visalia, CA  93292
```

Wells Fargo Financial
PO Box 98798
Las vegas, NV 89193-8798

Worldwide Asset Purchasing
PO Box 50401
Henderson, NV 89016