FILED
April 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002568996

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

DEBTOR: Paul Joseph Dougherty     CASE NO. 10-12569-WL

MOVANT: Litton Loan Servicing, L.P., et al.     DC NO. TJS-001

HEARING DATE/TIME: May 26, 2010, at 11:00 a.m.

RELIEF IS SOUGHT AS TO ( X ) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action   4712 W. Cherry Street, Visalia, California 93277

2. Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property     $ 191,000.00

4. The following amounts are presently owing to movant for:

   PRINCIPAL            INTEREST            COSTS               TOTAL

   $ 246,929.90         $ 18,228.85         $ 18,652.95         $ 283,811.70

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.
   CitiMortgage - Second TD                                    $ 5,000.00
   _____             $ _____
   _____             $ _____

   FOR COURT USE ONLY
   Note date: _____
   Note amount: _____
   Note payment: _____

   TOTAL ALL LIENS      $ 288,811.70
   DEBTOR'S EQUITY      $ (-97,811.70 )

   LESS 8% COSTS OF SALE $15,280.00 = $ ( -113,091.70 )

   FOR COURT USE ONLY

6. Monthly payment is $ 1,557.16 , of which $ N/A is for impound account. Monthly late charge is $ 77.86 .
7. The last payment by debtor was received on January 30, 2009 and was applied to the payment due January 1, 2009 .
8. Number of payments past due and amount: (a) Pre-petition N/A $ _____ (b) Post-petition 14 $ 41,309.65 .
9. Notice of Default was recorded on May 13, 2009 .  Notice of sale was published on September 1, 2009 .
10. Grounds for seeking relief (check as applicable):

    ( X ) Cause  ( X ) Inadequate protection  ( X ) Lack of equity  ( ) Lack of insurance  ( ) Bad faith
    ( ) Other _____.

11. For each ground checked above furnish a brief supporting statement in the space below.

1.) The Debtor has failed to make all of his required payments to Movant.
2.) The Debtor is proposing to surrender the real property
3.) The Debtor has no equity in the real property for the benefit of the Estate.

EDC 3-468 (Rev. 4/6/05)