UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Paul Joseph Dougherty | **Case No :** | 10-12569 - B - 7 |
| | | **Date :** | 5/26/10 |
| | | **Time :** | 11:00 |
| **Matter :** | [10] - Motion/Application for Relief from Stay [TJS-1] Filed by Creditor Litton Loan Servicing, L.P. (Fee Paid $150) (lbef) | | UNOPPOSED |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Karen Griswold | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

This motion for relief from stay was filed and served with 28 days' notice and there was no opposition. The motion is granted without oral argument for cause shown. The automatic stay is modified to allow the movant to enforce its remedies against the subject property under applicable nonbankruptcy law. The proposed order shall specifically describe the property or action to which the order relates. If the motion involves a foreclosure of real property in California, then the order shall also provide that the bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5. If the notice and motion requested a waiver of Rule 4001(a)(3), that relief is granted. Unless the court expressly orders otherwise, the proposed order shall not include any other relief. If the prayer for relief includes a request for adequate protection, and/or a request for an award of attorney fees, those requests are denied without prejudice. Adequate protection is unnecessary in light of the relief granted herein. A motion for attorney fees pursuant to 11 U.S.C. § 506(b), or applicable nonbankruptcy law, must be separately noticed and separately briefed with appropriate legal authority and supporting documentation.